FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 DEC 16 PM 3: 12

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   16-CV- **3103**

Geoffry David FEY,

       Plaintiff,

v.

Monique Danielle B'Nai WASHINGTON,
George BRAUCHLER,
18TH Judicial District, Colorado,

       Defendants.

---

## COMPLAINT and JURY DEMAND

---

### JURISDICTION OF THE COURT

1.    Jurisdiction is conferred on this Court pursuant to Title 28 USC §1331 the "Federal Question". Plaintiff is seeking Injunctive Relief. Declarative Relief. And Monetary Relief.

2.    Venue is proper in the District of Colorado pursuant to 28 USC §1391(b). The Defendants reside in Colorado. All the events relevant to the claims in the Complaint as set forth herein occurred within Colorado.

## PARTIES

3.    Mr. Geoffry David Fey, Plaintiff ("**Mr. Fey**") is a lifelong and current resident of Arapahoe County, Colorado.

4.    Mr. George Brauchler, Defendant ("**Defendant Brauchler**") is the District Attorney of the 18th Judicial District of Colorado.

5.    Ms. Monique Danielle B'Nai Washington, Defendant ("**Defendant Washington**") is a Deputy District Attorney of the 18th Judicial District of Colorado.

6.    The 18TH Judicial District of Colorado, Defendant.

## FACTUAL BACKGROUND

7.    Circa 2013, Defendant Washington was maliciously prosecuting Mr. Fey in five separate cases, all misdemeanor allegations.

8.    By May of 2015, all five had resolved in Mr. Fey's favor. By Order all cases against Mr. Fey were dismissed with prejudice. Defendants were served with said.

9.    Mr. Fey appeared before Defendant Washington many times at arraignments, pretrial conferences and motions hearings dressed in religious attire. And he appeared with his rabbi who always dressed in orthodox clothing.  Mr. Fey is Jewish and he regularly attends a synagogue where he remains a long time active congregant.

10.    In December of 2012, Mr. Fey's ex-wife testified under oath in court to wit: Mr. Fey had never been violent with her or their child. Further, that Mr. Fey had never threatened violence against her or their child. Simultaneously, Defendant Washington was wrongly overzealously arguing the contrary to be true.

11.    October 11, 2015, Defendant Washington without provocation, for a matter that the People had no standing, concern or exposure, authored a narcissistic and predatory affidavit intended to have injurious consequences on Mr. Fey. Further, Defendant Washington caused said affidavit to become public and published. The tortuous affidavit denied Mr. Fey many commonly held rights whilst causing serious and irrevocable damages.

12.    December 5, 2016, Mr. Fey, via e-mail to Defendant Brauchler and copied to others at the DA's office, requested a review of Defendant Washington's work product (the affidavit). The e-mail was later acknowledged to have been received but no action was taken by the 18th Judicial District to confirm receipt or to address Mr. Fey's legitimate concerns. Effectively, Mr. Fey and his alarm was ignored by the Defendants.

13.    December 17, 2015, at 9:11 am, Mr. Fey, via e-mail to Defendant Brauchler and copied to others at the DA's office, again requested review of the ongoing circumstances occurring between himself and Defendant Washington.

14.    December 17, 2015, at 3:56 pm, Defendant George Brauchler caused written notice to be given to Mr. Fey stating to wit: Defendants took corporal action to put in place obstacles to deny Mr. Fey access to Government[1] and access to his Elected Representative.[2] Said notice contained no expiration date or avenue for appeal.

15.    April 2016, the law suit for which the affidavit was authored, ended in Mr. Fey's favor. His ex-wife under oath stated for the court, to wit: that she has no knowledge or evidence that Mr. Fey ever harmed their daughter in any manner.

16.    December 11, 2016, Mr. Fey took a "screen shot" (a photograph taken of an electronic display) showing that he was still "blocked" (denied access) from being able to contact Defendant Brauchler.

17.    To date. A right without remedy is no right at all. Mr. Fey's liberties have been repeatedly violated. He remains unjustly confined and injured. All because of the wanton intentional illegal actions and willful misconduct of the Defendants as set forth above and expanded upon herein:

**FIRST CLAIM FOR RELIEF**
**ARISES FROM THE VIOLATION of CONSTITUTIONAL RIGHTS**
**Is For Injunctive Relief, Fiscal Relief and Punitive Monetary Relief.**

_____

[1]In part, Defendants' notice stated that Mr. Fey could no longer call anyone at the DA's office for any reason.
[2] In part, Defendants' notice stated that Mr. Fey could no longer ever contact Defendant Brauchler by any means. Defendant Brauchler is Mr. Fey's elected representative.

18.    Placing any obstruction between Mr. Fey and the 18th Judicial District without due process of law violates Mr. Fey's Article and Amendment Rights.

19.    Placing any obstruction between Mr. Fey and his Elected Official without due process of law violates Mr. Fey's Article and Amendment Rights.

20.    This interference is a clear violation of Mr. Fey's Civil Rights.

21.    The Relief requested is inalienable. Mr. Fey is entitled to an injunction to compel the Defendants to remove any obstructions whatsoever that limits Mr. Fey's access to Government or limits his access to his Elected Officials.

22.    Mr. Fey seeks damages in an amount $1,776,000.00 to be proven at trial for cost, damages and penalties should he prevail on this claim.

## SECOND CLAIM FOR RELIEF
### ARISES FROM THE VIOLATION of CONSTITUTIONAL RIGHTS
### For a Declarative Order, Fiscal Relief and Punitive Monetary Relief.

23.    Defendant Washington's affidavit, amongst other things, is five (5) unlawful criminal convictions of Mr. Fey. Placed on the People's letterhead. Wrongfully upheld by Defendant Brauchler. Then distributed publicly by the Defendants.

24.     The affidavit violates Mr. Fey's Article and Amendment Rights. Many of them. In fact, it tramples on the rights of all the accused.

25.     This type of conduct clearly violates Mr. Fey's Civil Rights.

26.     The Relief requested is fundamental. Mr. Fey seeks a Declarative Order or finding that strongly criticizes the Defendants, holds the affidavit to be illegal and leaves no doubt that the affidavit is false.

27.     Mr. Fey seeks damages in an amount $1,776,000.00 to be proven at trial for cost, damages and penalties should he prevail on this claim.

## THIRD CLAIM FOR RELIEF
## ARISES FROM THE VIOLATION of CIVIL RIGHTS
### For Fiscal Relief and Punitive Monetary Relief.

28.     The nuance and substance of Defendant Washington's affidavit clearly shows that a deputy district attorney has no respect for and no confidence in judges or jurors. Thus, the quagmire.

29.     Mr. Fey was singled out by the Defendant(s) based on his religion and/or religious practices.

30.     This violates Mr. Fey's Civil Rights.

31.     Mr. Fey seeks damages in an amount $1,776,000.00 to be proven at trial for cost, damages and penalties should he prevail on this claim.

## FOURTH CLAIM FOR RELIEF
### ARISES in part FROM DEFAMATION OF CHARACTER and LIBEL, CONSTITUTING OUTRAGEOUS CONDUCT.
### For Fiscal Relief and Punitive Monetary Relief.

32.    This claim incorporates all previous claims.

33.    Defamation of Character. The affidavit clearly demeans Mr. Fey. Defendants intended to and did unjustly deliver severe and dire consequences onto Mr. Fey.

34.    Libel. The affidavit libels Mr. Fey. One particular sentence that is false is demonstrably known to be false when written. Further, this deceitful statement is a heinous accusation, written in hindsight (years), which gave the Defendants the knowledge that such a testimonial would cause Mr. Fey severe emotional distress and pain. In fact, this particular lie is the source of Mr. Fey's animosity towards the Defendants. And a root cause of Mr. Fey's severe grief for which he has been diagnosed.

35.    Outrageous Conduct. The Defendants' conduct is so outrageous in character and so extreme in degree as to go beyond all possible bounds of decency and is atrocious and utterly intolerable in a civilized society. Obviously causing harm to Mr. Fey.

36.    Professional Misconduct. Defendant's Washington's false affidavit was also knowingly intended to mislead a court. Naturally harming the People's integrity while staining the judicial process.

37.    Mr. Fey seeks damages in an amount $1,776,000.00 to be proven at trial for cost, damages and penalties should he prevail on this claim.

WHEREFORE, Mr. Fey respectfully asks for Injunctive Relief, Declarative Relief, any unbeknownst entitled relief and Monetary Relief [3] from the Defendants be granted by the United States District Court. And if any claim or part is disputed, Mr. Fey requests that the issue(s) be decided by a **JURY TRIAL**.

DATED December 15, 2016.

Dutifully submitted,

Geoffry David Fey

Geoffry David Fey, pro se
5200 S. Ulster St. #1809
Greenwood Village, CO 80111
303 759.1600
lionessprose@gmail.com

---

[3] Mr. Fey may be entitled to an estimated judgment of $7,104,000 arising from actual damages, punitive damages, cost, interest, etc. and/or any other fiscal relief the Court or Jury determines proven or lawful.

8